UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| John Johnson | : | |
| 670 Marshall Road | : | |
| Glenmoore, PA 19343 | : | |
| v. | : | |
| Plaintiff | : | |
| ER Solutions, Inc. | : | 2011-06305 |
| 800 SW 39th Street | : | |
| Renton, WA 98057 | : | |
| and | : | |
| John Does 1-10 | : | |
| and | : | Jury Trial Demanded |
| XYZ Corporations | : | |
| Defendant(s) | : | |

**PLAINTIFF'S ANSWER TO DEFENDANT'S MOTION TO DISMISS**

For the reasons stated in the accompanying brief, Plaintiff requests that Defendant's motion to dismiss be denied. Or in the alternative, Plaintiff requests leave to file an amended complaint.

/s/ Vicki Piontek          11-6-2011

_____    _____
Vicki Piontek, Esquire     Date
Attorney for Plaintiff
951 Allentown Road
Lansdale, PA  19446
717-533-7472
Fax: 866-408-6735
palaw@justice.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| John Johnson | : | |
| 670 Marshall Road | : | |
| Glenmoore, PA 19343 | : | |
| v. | : | |
| Plaintiff | : | |
| ER Solutions, Inc. | : | 2011-06305 |
| 800 SW 39th Street | : | |
| Renton, WA 98057 | : | |
| and | : | |
| John Does 1-10 | : | |
| and | : | Jury Trial Demanded |
| XYZ Corporations | : | |
| Defendant(s) | : | |

**CERTIFICATE OF SERVICE**

On the 6th day of November, 2011, I served a true and correct copy of the attached

answer to motion to dismiss on the following parties at the following addresses.

KAUFMAN DOLOWICH VOLUCK & GONZO LLP
MICHAEL J. FARRELL, ESQUIRE
1777 SENTRY PARK WEST, SUITE 301
BLUE BELL, PENNSYLVANIA 19422

/s/ Vicki Piontek          11-6-2011

_____     _____
Vicki Piontek, Esquire     Date
Attorney for Plaintiff
951 Allentown Road
Lansdale, PA  19446
717-533-7472
Fax: 866-408-6735

palaw@justice.com