UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| John Johnson | : | |
| 670 Marshall Road | : | |
| Glenmoore, PA 19343 | : | |
| v. | : | |
| Plaintiff | : | |
| ER Solutions, Inc. | : | 2011-06305 |
| 800 SW 39th Street | : | |
| Renton, WA 98057 | : | |
| and | : | |
| John Does 1-10 | : | |
| and | : | Jury Trial Demanded |
| XYZ Corporations | : | |
| Defendant(s) | : | |

**PLAINTIFF'S BRIEF IN RESPONSE TO PLAINTIFF'S ANSWER TO
DEFENDANT'S MOTION TO DISMISS**

**I.          FACTUAL BACKGROUND AND PROCEDURAL HISTORY**

This is a lawsuit brought under The Fair Debt Collection Practices Act, 15 U.S.C.

1692 *et. seq.* ("FDCPA"). Plaintiff, John Johnson, alleges that sometime in 2011,

Defendant, ER Solutions, Inc. ("ER Solutions") "contacted and communicated" with

Plaintiff's spouse by telephone about Plaintiff' alleged consumer debt, which ER

Solutions was attempting to collect. Plaintiff claims that within the applicable statute of

limitations, Defendant(s) contacted Plaintiff's spouseby telephone.  Plaintiff' spouse

spoke with "an agent, employee or representative of Defendants. Plaintiff and Defendant

engaged in a telephone "communication" within the meaning of the FDCPA.  During the

""communication" Defendant's agent, employee or representative failed to disclose the

nature of the call or that the call was an attempt to collect a debt, and therefore violated the FDCPA.

This case was originally filed by Plaintiff in Chester County Court of Common Pleas in Pennsylvania.  Defendant(s) removed this action to Federal Court.  Defendant has filed a  Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(6) for failure to state a claim upon which relief can be granted against ER Solutions. In the alternative, ER Solutions further moves under Rule 12(e) for the more definite statement.

## II. QUESTIONS PRESENTED

1. Whether, pursuant to Fed.R.Civ.P. 12(b)(6), Plaintiff has failed to state a claim upon which relief can be granted against ER Solutions, Inc.

*Suggested Answer: No.*

2. Whether, in the alternative, and pursuant to Fed.R.Civ.P. 12(e), Plaintiff should be ordered to provide a more definite statement of her claim.

*Suggested Answer: No.*

### III. LEGAL STANDARD ON A MOTION TO DISMISS

The Third Circuit has set forth a two-part analysis to be applied by district courts when presented with a 12(b)(6) motion. First, the court must separate the legal elements and factual allegations of the claim, with the well-pleaded facts accepted as true but the legal conclusions disregarded. Fowler v. UPMC Shadyside, 578 F.3d 203,210-11 (3d Cir. 2009). Second, the courtmust determine whether the facts alleged in the complaint demonstrate that the plaintiff has a "plausible claim for relief." Id. at 211.

### IV. LEGAL ARGUMENT AND AUTHORITIES

Plaintiff's Complaint asserts adequate facts to support his FDCPA claim against Defendant(s). Plaintiff sufficiently plead that the alleged debt which Defendant(s) contacted Plaintiff about was a consumer debt for purposes of the FDCPA.

## V. CONCLUSION AND RELIEF REQUESTED


For the above reasons Plaintiff  respectfully requests that this Court not dismiss

Plaintiffs Complaint.  If the Court deems it appropriate, Plaintiff asks that this Honorable

Court allow Plaintiff to set forth a more definite statement of her claim pursuant to Rule

12(e).



/s/ Vicki Piontek                           11-6-2011

_____        _____
Vicki Piontek, Esquire                 Date
Attorney for Plaintiff
951 Allentown Road
Lansdale, PA  19446
717-533-7472
Fax: 866-408-6735
palaw@justice.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

John Johnson                                    :
670 Marshall Road                               :
Glenmoore, PA 19343                    :
v.                                              :
                        Plaintiff               :
ER Solutions, Inc.                              :        2011-06305
800 SW 39th Street                              :
Renton, WA 98057                                :
and                                             :
John Does 1-10                                  :
and                                             :        Jury Trial Demanded
XYZ Corporations                                :
                        Defendant(s)            :


**CERTIFICATE OF SERVICE**


On the 6th day of November, 2011, I served a true and correct copy of the attached brief

on the following parties at the following addresses.


KAUFMAN DOLOWICH VOLUCK & GONZO LLP
MICHAEL J. FARRELL, ESQUIRE
1777 SENTRY PARK WEST, SUITE 301
BLUE BELL, PENNSYLVANIA 19422


/s/ Vicki Piontek                    11-6-2011


_____          _____
Vicki Piontek, Esquire              Date
Attorney for Plaintiff
951 Allentown Road
Lansdale, PA  19446
717-533-7472

Fax: 866-408-6735
palaw@justice.com